ONEIDA BAPTIST INSTITUTE, Appellant,

v.

LIBERTY NATIONAL BANK & TRUST CO., OF LOUISVILLE, et al., Appellees.

Court of Appeals of Kentucky.

Feb. 1, 1974.

William P. Mulloy, Karl M. Walz, Louisville, for appellant.

Marshall Eldred, S. J. Stallings, F. H. Thiemann, Jr., Louisville, for appellees.

Opinion of the Court by Special Commissioner FREDERICK M. WARREN, Affirming.*

Wanda CAVINS, Administratrix of the Estate of Kemit Cavins, Deceased, Appellant,

v.

WALTER V. STEWART, INC., et al., Appellees.

Court of Appeals of Kentucky.

Feb. 1, 1974.

Harry W. Berry, Glasgow, Johnson, Teague & Cox, Williamsburg, for appellant.

Rucker Todd, Brown, Ardery, Todd & Dudley, Louisville, Herman E. Leick, Corbin, for appellees.

Memorandum Opinion of the Court by Special Commissioner HENRY MEIGS, II.*

* Opinion ordered not to be published.